UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WENDY L. GARCIA-GONZALEZ,<br><br>Defendant. | No. 4:16-CR-6018-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 20** |

Date of Motion hearing: 05/12/2016

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 20). The United States did not oppose the Motion.

Defendant asks that she be allowed to retain her passport and travel outside the Eastern District of Washington for the limited purpose of traveling to Cancun, Mexico, from May 24, 2016 to June 1, 2016. With no objection and finding good cause, the Court **GRANTS** Defendants' Motion to Modify Conditions of Release (**ECF No. 20**).

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 20**) is **GRANTED**.

2. Defendant may retain her passport and travel out of the Eastern District of Washington on May 24, 2016 to travel to Cancun, Mexico, and return on June 1, 2016.

3. When Defendant returns to the United States, Defendant shall surrender her passport to the United States Probation Office. Defendant shall not apply for another passport while this case is pending.

4. The Defendant shall abide by all other previously imposed conditions of supervised release set forth in the Order Following Initial Appearance and Arraignment (ECF No. 19).

DATED May 12, 2016.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2